# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re   Devin G. Trailer              ) | |
| ) | Case No. 14-26636 |
| Debtor(s)              ) | Chapter 13 |
| ) | Judge Timothy A Barnes |

## NOTICE OF MOTION

To:

Marilyn O Marshall, Chapter 13 Trustee, 224 S Michigan, Suite 800, Chicago, IL 60604, via electronic court notification;

Devin G. Trailer, 6947 S. Rockwell, Apt. 2, Chicago, IL 60629, via U.S. mail;

All creditors received notice via the attached Notice of 341 Meeting of Creditors.

PLEASE TAKE NOTICE that on October 27, 2014, at 10:30 a.m. I shall appear before the Honorable Timothy A Barnes in Courtroom 613 at 219 South Dearborn Street, Chicago, IL 60604 and present the attached motion and you may appear if you so choose. The Bankruptcy Court will hold a hearing to consider a request by Debtor(s) Counsel for payment of legal fees in the amount of $4000.00 plus expenses of $372.00, if there are no objections, the Court may confirm the plan and allow fees requested by Debtor's counsel to be paid through the plan.

/s/ Patrick J. Semrad
Attorney for Debtor
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by deposition the same in the U.S. Postal Service's mail box at 20 S. Clark Street, Chicago, IL 60603, on September 30, 2014, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ Patrick J. Semrad
Attorney for Debtor

Case 14-26636 Doc 9 Filed 07/30/14 Entered 07/30/14 12:38:15 Desc 341 Mtg of
Creditors Chat 13 Page 2 of 2

B9I (Official Form 9I) (Chapter 13 Case) (12/12)     Case Number **14−26636**

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*
The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/21/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Devin G. Trailer
6947 S. Rockwell
Apt. 2
Chicago, IL 60629

| | |
|---|---|
| Case Number: 14−26636<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−6103 |
| Attorney for Debtor(s) (name and address):<br>Alexander P Nohr<br>Robert J. Semrad and Associates<br>11101 S. Western Ave<br>Chicago, IL 60643<br>Telephone number: (312) 913−0625 | Bankruptcy Trustee (name and address):<br>Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604<br>Telephone number: 312−431−1300 |

## Meeting of Creditors:
Date: **October 6, 2014**      Time: **12:00 PM**
Location: **224 South Michigan, Suite 800, Chicago, IL 60604**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **1/5/15**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **1/20/15**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees**
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:
Date: **October 27, 2014**, Time: **10:30 AM**, Location: **219 South Dearborn, Courtroom 613, Chicago, IL 60604**
The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 12/5/14**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: July 22, 2014 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Devin G. Trailer ) Case No. 14-26636
 ) Hearing Date: October 27, 2014 at 10:30 a.m.
Debtor(s) ) Judge    Timothy A Barnes

### ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)
(Use for cases filed on or after 8/21/2012)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**
The attorney and the debtor(s) [✓] have  [ ] have not entered into the Court-Approved Retention Agreement.

**Attorney Certification:**
The attorney hereby certifies that:
1. All disclosures required by General Order 11-2 have been made, and
2. If a Flat Fee is requested, the attorney and the debtor have not entered into any other agreements that provide for the attorney to receive (a) any kind of compensation, reimbursement, or other payment or (b) any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement.

**Compensation for services previously awarded in this case:**
[✓] None   [ ] a total of $_____, pursuant to orders entered on the following dates: _____.

**Compensation for services now sought in this case:**
$ 4000.00  flat fee for services through case closing    $_____ for itemized services (itemization attached).

**Reimbursement now sought for expenses advanced by the attorney:**
$ 310.00   for filing fee paid by the attorney with the attorney's funds
$ 62.00    for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization attached)

$ 372.00   Total reimbursement for expenses requested.

**Additional expenses incurred in the case for which the attorney is not seeking reimbursement (either paid by the debtor(s) directly or paid by the attorney with funds provided by the debtor(s)):**
$_____ for filing fee
$_____ for other expenses, itemized as follows:
    $_____ Describe expenses:_____
    $_____ Describe expenses:_____
    (add more lines if needed)

$_____ Total non-reimbursable expenses pre-paid by the debtor (this amount not to appear on fee order).

**Funds received from debtor for services and expenses advanced by the attorney:**
[ ] None
$ 350.00   for services
$_____ for expenses advanced by the attorney

**Itemization of time:** [✓] Not submitted   [ ] Attached to this application.

Date of Application: 09/30/2014        Attorney's signature: /s/Patrick J. Semrad

Robert J. Semrad and Associates
20 S. Clark, 28th Floor
Chicago, IL 60603
(312) 913-0625

Form No. 23, revised 8/21/12

## EXPENSES

| Expense | Date Incurred | Total Charge |
|---|---|---|
| Chapter 13 filing fee | 07/21/14 | $310.00 |
| Copy costs | 07/21/14 | $10.00 (100 pages/ .10 per copy) |
| Postage Cost | 07/21/14 | $10.00 |
| Credit Report | 07/21/14 | $24.00 |
| Credit Counseling | 07/19/14 | $18.00 |
| **TOTAL CHARGE** | | $372.00 |